# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE ANTHONY JARAMILLO,<br><br>Plaintiff,<br><br>v.<br><br>J. BURNES, et al.,<br><br>Defendants. | Case No. 1:21-cv-00712-AWI-BAK (PC)<br><br>**ORDER DENYING MOTIONS**<br><br>(ECF Nos. 19, 21) |

On January 3, 2022, the Court dismissed this action for Plaintiff's failure to exhaust administrative remedies prior to filing suit. (ECF No. 17.) This case is now closed. On that same date, Plaintiff filed a motion to amend the complaint and a motion for appointment of counsel. (Doc. No. 19.) Plaintiff filed a second motion to amend the complaint on January 18, 2022. (Doc. No. 21.) Because this case is closed, the Court DENIES Plaintiff's motions.

IT IS SO ORDERED.

Dated: __January 20, 2022__                 /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE